[No. 32800-0-I.   Division One.   August 28, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY EARL PUGH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-08104-7, James D. McCutcheon, Jr., J.,

entered May 25, 1993. *Reversed* by unpublished opinion per Kennedy, A.C.J., concurred in by Grosse, J., and Scholfield, J. Pro Tem.